IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**TINA WELLS**                                                                              **PLAINTIFF**

**v.**                         **CASE NO: 3:22-CV-00128-LPR**

**RT, INC. AND**
**JESSIE RUTH CULLUM**                                         **DEFENDANTS**

## JUDGMENT

Pursuant to the text Order filed today, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice.

IT IS SO ADJUDGED this 2nd day of August, 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE